IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARLY WARNING SERVICES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-197-RGA |
| ) | |
| ALIASWIRE, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT UNOPPOSED MOTION TO EXTEND TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff, Early Warning Services, LLC ("EWS") and defendant, Aliaswire, Inc. ("Aliaswire") respectfully request that the Court grant a 30-day extension of time for Aliaswire to answer or otherwise respond to EWS' Complaint.  EWS filed its complaint on February 10, 2020, and Aliaswire waved service on April 25, 2020, making Aliaswire's response currently due June 26, 2020.  This request for an extension of 30 days would thus make Aliaswire's response due on July 27, 2020.  EWS and Aliaswire agree that the requested extension will not prejudice either party.

NOW, THEREFORE, the parties respectfully request the Court to enter the attached order extending the time for Aliaswire to answer or otherwise respond to the complaint through and including July 27, 2020.

|  |  |
|---|---|
| OF COUNSEL:<br>Steven D. Moore<br>KILPATRICK TOWNSEND<br> & STOCKTON LLP<br>Two Embarcadero Center, Suite 1900<br>San Francisco, CA 94111<br>(425) 576-0200<br><br>Brian P. O'Donnell<br>Kevin M. Bell<br>KILPATRICK TOWNSEND<br> & STOCKTON LLP<br>1400 Wewatta Street, Suite 600<br>Denver, CO 80202<br>(303) 571 4000<br><br>Dated: June 23, 2020 | */s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>David M. Fry (No. 5486)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>dfry@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiff* |