IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EARLY WARNING SERVICES, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 20-197-RGA |
| | ) |
| ALIASWIRE, INC., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this ___ day of _____, 2020, the Court having considered the parties' Joint Motion to Extend Time to Answer or Otherwise Respond to Complaint, finds that it is meritorious and that it should be granted as requested. It is therefore ORDERED that the time for Defendant to answer or otherwise respond to Plaintiff's complaint be extended by 30 days. The new deadline for Defendant to respond is July 27, 2020.

_____
United States District Judge